# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No.  10-cr-00537-DME-1

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  SOCORRO SANTOS a/k/a Soccorro Santos

       Defendant.

## ORDER

This matter is before the Court upon Defendant Santos' Notice of Disposition (Doc. No. 29).  Because the proposed disposition involves a guilty plea to a misdemeanor offence,

IT IS HEREBY ORDERED that this matter is referred to the duty Magistrate Judge to proceed with expedited sentencing.  The Trial Preparation Conference scheduled for December 2, 2010, and the jury trial scheduled to commence December 14, 2010, are vacated.

DATED:   November   30th  , 2010.

BY THE COURT:

*s/ David M. Ebel*

David M. Ebel
United States Circuit Judge